UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

Omar Montes,

                                    Plaintiff,                    23 CV 07579  (KMK)

          -v-

                                                                  CALENDAR NOTICE

County Comfort Home Solutions, Inc.
and Joseph Jensen,

                                    Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

          Please take notice that the above captioned action has been scheduled for
a status conference before the Honorable Kenneth M. Karas, United States District Judge, on
Monday, December 18, 2023 at 10:30 a.m.  Counsel shall submit a proposed case management
and discovery schedule via ECF by 5:00 p.m. on the evening before the status conference.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code:
7702195 Please enter the conference as a guest by pressing the pound sign (#).  Counsel involved
in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the
above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se
party is on the line before calling the above-referenced number. Any requests for adjournments
should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: November 22, 2023
          White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J